**Wilfredo Mariel RAMOS–TEJADA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71800.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

Wilfredo Mariel Ramos–Tejada, Apple Valley, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Oil, Benjamin Zeitlin, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

MEMORANDUM **

Petitioner Wilfredo Mariel Ramos–Tejada, a native and citizen of Guatemala, petitions pro se for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's denial of his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Ramos–Tejada failed to show exceptional and extremely unusual hardship to his U.S. citizen children. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

